IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRISTIAN C. IBEAGWA,

                                                                ORDER

            Plaintiff,

                                                       15-cv-289-bbc

       v.

UNITED STATES OF AMERICA,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       This case for a tax refund is stayed pending resolution of a related case in United States Tax Court. As instructed by the court, the government has submitted a status update. In particular, the government says that the tax court held a trial in December 2015 and the parties were permitted to file posttrial briefs by January 28, 2016, which means the case is now ready for decision. Accordingly, I will not yet lift the stay. If the tax court has not issued a decision by April 11, 2016, the government should provide another status update. If the tax court issues a decision before then, either party may notify the court. If neither party responds by April 11, 2016, I will lift the stay.

       Entered this 8th day of February, 2016.

                                          BY THE COURT:
                                          /s/
                                          BARBARA B. CRABB
                                          District Judge